IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CR-136-M (02) |
| ) | |
| LEONEL MARTIATU, ) | |
| Defendant. ) | |

## ORDER

Defendant's November 17, 2015 motion to withdraw his October 8, 2015 motion to correct clerical error is **GRANTED**. The Court has attached a copy of its January 21, 2015 Order denying the Defendant's Motion for Reconsideration of Sentence.

United States Magistrate Judge Paul D. Stickney's November 2, 2015 Findings, Conclusions and a Recommendation are deemed **MOOT**.

SO ORDERED this 24th day of November, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS